

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 07-373 |
| v. | * | SECTION: "J" |
| JOSEPH KIPPERS<br>a/k/a Uncle Joe | * | |
| * | * | * |

### FACTUAL BASIS

If this matter were to proceed to trial, the United States of America would prove the following facts beyond a reasonable doubt:

Based upon information from a confidential source, in June 2006 the Drug Enforcement Administration ("DEA") began an investigation into the drug trafficking activities of Jason Broom and his associates. Based in part on documented, credible information, Broom was identified as involved with numerous individuals in distributing and possessing with the intent to distribute quantities of cocaine hydrochloride and methamphetamine, and otherwise committing violations of the Federal Controlled Substances Act.

On September 2006 an individual who later became a confidential source ("CS") in this matter was arrested and found to be in possession of a quantity of cocaine

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

hydrochloride. The individual confessed that he had been "fronted" the cocaine by Jason Broom, whom he identified as a source for obtaining kilogram quantities of cocaine in the New Orleans Metropolitan area. Between September 22, 2006, and December 29, 2006, the CS made three controlled purchases of cocaine from Broom. All of the substances tested positive for cocaine hydrochloride.

On December 26, 2006, the DEA received a Court order, pursuant to Title 18, United States Code, Section 2518, authorizing a Title III investigation into Broom's illegal activities. Based upon Title III intercepts and surveillance, DEA agents determined that on January 8, 2007, Joseph Kippers obtained a quantity of cocaine hydrochloride from Broom using a telephone to facilitate the transaction.

The investigation revealed that Broom sold Kippers 2 ¼ ounces of cocaine. Entries for this and other amounts are recorded in Broom's drug ledger. In the following conversation Kippers is attempting to purchase methamphetamine from Broom, but Broom informs Kippers he does have the other thing (cocaine):

> 01-08-2007  SESSION 824  10:40:33
>
> Broom asks "Uncle Joe," Joseph Kippers, if he is still down here.
> Kippers states No but he was waiting to hear from Broom.
> Broom states on the day thing there isn't anything going to be happening until the weekend, but on the other thing I have it for you. Broom states he'll hold it for him until the weekend.
>
> 01-08-2007  SESSION 876
>
> Kippers contacts Broom and informs Broom that he is by the station.
> Broom states he's on the way.

Agents determined that Kippers obtained obtained approximately 2 ¼ ounces of cocaine on this date.

Based upon Title III intercepts, surveillance, controlled purchases, drug seizures, an accounting ledger of money owed to Broom for cocaine and methamphetamine, and the statements of co-conspirators, defendant Joseph Kippers and the government agree and stipulate that he used a communication facility to commit, cause, and facilitate his acquisition of at least 50 grams but less than 100 grams of cocaine hydrochloride from Broom on or about January 8, 2007.

_____    6/25/08
JOSEPH KIPPERS                                    DATE
Defendant

_____    6/25/08
ARTHUR A. LEMANN, IV                      DATE
Counsel for Defendant

_____    6/25/08
THEODORE R. CARTER, III               DATE
Assistant United States Attorney