# UNITED STATES DISTRICT COURT

EASTERN  District of  LOUISIANA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |
| JOSEPH KIPPERS | Case Number:  07-373   SEC J |
|  | USM Number:  30391-034 |
|  | Gary Schwabe, Asst. FPD, 500 Poydras St, NOLA 70130 |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   **admitted guilt to violation of conditions of the term of supervision imposed on October 1, 2008.**

☐   was found in violation of conditions of his supervised release, after a denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | **Arrest and charge of aggravated assault, and subsequent plea of guilty.** | |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   xxx-xx-5007

Defendant's Date of Birth:   MAY 15, 1944

Defendant's Residence Address:
111 CORNERSTONE DR.
SLIDELL, LA 70461

Defendant's Mailing Address:
Same as above.

APRIL 21, 2011
Date of Imposition of Judgment

/s/ Carl J. Barbier
Signature of Judge

CARL BARBIER, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

APRIL 25, 2011
Date

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:       Joseph Kippers
CASE NUMBER:     07-373  J

## IMPRISONMENT

**X**  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of four (4) years.

    **X**  The court makes the following recommendations to the Bureau of Prisons:
        1. That defendant be enrolled in an anger management program.
        2. That defendant receive mental health treatment/counseling.

    **X**  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL